UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | No. 5:18-00699 |
| ELECTROLUX HOME PRODUCTS, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 3rd day of August, 2018, upon consideration of Defendant's Motion to Dismiss or, in the Alternative, to Sever and Dismiss, ECF No. 9, it is **ORDERED** that Defendant's Motion, ECF No. 9, is **GRANTED in part**, as follows:

1. Defendant's Motion to Dismiss for lack of personal jurisdiction is **DENIED**;

2. Defendant's Motion to Sever Plaintiff's claims is **GRANTED**, such that Plaintiff's individual claims, as identified in the Appendix to the Complaint, are **SEVERED** into eighty-six individual actions;

3. As a result of the severance, the following claims, as identified in the Appendix to the Complaint are **DISMISSED** without prejudice for lack of subject matter jurisdiction: a, b, c, d, f, g, h, k, m, n, o, r, u, w, x, y, z, aa, cc, dd, ee, gg, hh, jj, ll, mm, nn, oo, pp, qq, rr, ss, tt, vv, xx, yy, zz, aaa, bbb, ccc, ddd, eee, fff, ggg, hhh, jjj, kkk, lll, mmm, nnn, ooo, ppp, qqq, rrr, sss, ttt, vvv, yyy, aaaa, cccc, eeee, ffff, gggg, hhhh.

4. The following claims, as identified in the Appendix to the Complaint, are **TRANSFERRED** to the following jurisdictions:

    i. Claim "e" is transferred to the Central District of California.

    ii. Claims "i" and "j" are transferred to the Middle District of Florida.

    iii. Claims "p, q, t," and "v" are transferred to the Northern District of Georgia.

    iv. Claims "l" and "s" are transferred to the Southern District of Georgia.

    v. Claim "bb" is transferred to the Northern District of Illinois.

    vi. Claim "ff" is transferred to the Northern District of Iowa.

    vii. Claims "ii" and "kk" are transferred to the District of Maryland.

    viii. Claims "uu" and "ww" are transferred to the Eastern District of Michigan.

    ix. Claim "iii" is transferred to the Eastern District of New York.

    x. Claim "uuu" is transferred to the Middle District of Pennsylvania.

    xi. Claim "zzz" is transferred to the Western District of Pennsylvania.

    xii. Claim "dddd" is transferred to the Western District of Virginia.

5. The Court retains jurisdiction over claims "www," "xxx," and "bbbb," and **DIRECTS** Plaintiff to file amended complaints for these claims no later than **August 17, 2018**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Court